No. 73–856.   BYNUM ET AL. *v.* UNITED STATES.   C. A. 2d Cir.   Certiorari granted, judgment vacated, and case remanded for further consideration in light of *United*

*States* v. *Giordano,* 416 U. S. 505 (1974). MR. JUSTICE DOUGLAS would reverse the judgment. *United States* v. *Giordano,* 416 U. S. 505, 580 (1974) (DOUGLAS, J., concurring), and *United States* v. *Chavez,* 416 U. S. 562, 580 (1974) (DOUGLAS, J., concurring in part and dissenting in part).